**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO VENEGAS, )<br>                    )<br>              Plaintiff, )<br>                    )<br>       v.           )<br>                    )<br>BANK OF AMERICA, N.A. )<br>FORMALLY DOING BUSINESS )<br>AS MORTGAGE IT;      )<br>RECONTRUST COMPANY,  )<br>N.A.; AND DOES 1 THROUGH )<br>50 INCLUSIVE,        )<br>                    )<br>              Defendants. )<br>_____ ) | Case No. EDCV 11-01408 VAP<br>(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint is DISMISSED
WITHOUT PREJUDICE.  The Court orders that such judgment
be entered.


Dated: October 18, 2011

_____
       VIRGINIA A. PHILLIPS
     United States District Judge