**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARLOS ALBERTO VENEGAS,           )     Case No. EDCV 11-01408 VAP
                                  )     (OPx)
                Plaintiff,        )
                                  )     **JUDGMENT**
        v.                        )
                                  )
BANK OF AMERICA, N.A.             )
FORMALLY DOING BUSINESS           )
AS MORTGAGE IT;                   )
RECONTRUST COMPANY,               )
N.A.; AND DOES 1 THROUGH          )
50 INCLUSIVE,                     )
                                  )
                Defendants.       )
_____

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's Complaint is DISMISSED
WITHOUT PREJUDICE.  The Court orders that such judgment
be entered.


Dated: October 18, 2011
                              _____
                                   VIRGINIA A. PHILLIPS
                              United States District Judge